UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HICA EDUCATION LOAN
CORPORATION,

    Plaintiff,

V.                                        Case No:  2:11-CV-00711-JES-SPC

TOMAS PEREZ,

    Defendant.

_____/

## ORDER

This matter comes before the Court on the Plaintiff HICA Education Loan Corporation's Motion to Stay Mediation Deadline Pending Ruling on Plaintiff's Motion for Summary Judgment (Doc. # 19) filed on June 12, 2012. On February 8, 2012, the Court issued a Case Management and Scheduling Order (Doc. #14). The Order set the mediation deadline for June 25, 2012. On June 5, 2012, Plaintiff filed its Motion for Summary Judgment (Doc. #17). Plaintiff requests that the June 25, 2012, mediation deadline remain stayed pending ruling on Plaintiff's Motion for Summary Judgment.

As grounds, Plaintiff states that Defendant's settlement options are limited and proceeding to mediation would not allow Plaintiff to exercise due diligence. Plaintiff also avers that proceeding to mediation prior to the disposition of Plaintiff's Motion for Summary Judgment would be an inefficient use of both parties' resources.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes

the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).

The Court finds that it is in both parties' best interest to stay the mediation deadline set forth in the Case Management Order pending the Court's ruling on Plaintiff's Motion for Summary Judgment. Should the case survive Plaintiff's Motion for Summary Judgment, the Parties shall file a motion for a revised Case Management Report with proposed dates within ten (10) days of the Court's ruling.

Accordingly, it is now

**ORDERED:**

1. HICA Education Loan Corporation's Motion to Stay Mediation Deadline Pending Ruling on Plaintiff's Motion for Summary Judgment (Doc. # 19) is **GRANTED**.

2. After the disposition of Plaintiff's Motion for Summary Judgment, the Parties shall file a motion for a revised Case Management Report with proposed dates within **ten (10) days** of the Court's ruling.

**DONE AND ORDERED** at Fort Myers, Florida, this 14th day of June, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record